**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00198-CR

### CHRISTOPHER BRIAN CHOATE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86254-2013**

## ORDER

On September 25, 2014, this Court ordered court-appointed counsel Lee Finley to file appellant's brief within forty-five days. To date, counsel has neither filed appellant's brief nor communicated with the Court regarding the status of the brief.

Accordingly, we **ORDER** appellant to file his brief by **DECEMBER 22, 2014**. If appellant's brief is not filed by the date specified, the Court will utilize the available remedies to obtain the brief, which may include ordering that Lee Finley be removed as appellate counsel and that the trial court appoint new counsel to represent appellant on this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jay Bender, Presiding Judge, County Court at Law No. 6; Lee Finley; and John Rolater.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE